# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARY LEE PETERSON, | Case No.: 2:20-cv-00787-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation, Denying Application to Proceed in Forma Pauperis, and Setting Deadline to Pay Filing Fee** |
| v. | |
| GUARDIAN FOR J. DOE, JOHN DOE, | [ECF Nos. 4, 5] |
| Defendant | |

On May 21, 2020, Magistrate Judge Albregts recommended that plaintiff Cary Peterson's application to proceed in forma pauperis be denied and that I set a deadline for him to pay the full $400 filing fee. ECF No. 5. Peterson did not file objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 5) is accepted** and plaintiff Cary Peterson's application for leave to proceed in forma pauperis **(ECF No. 4) is DENIED**.

I FURTHER ORDER that by July 22, 2020, plaintiff Cary Peterson shall pay the full filing fee of $400. Failure to pay the fee will result in this case being dismissed without prejudice.

DATED this 22nd day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE