# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARY LEE PETERSON,<br><br>    Plaintiff<br><br>v.<br><br>GUARDIAN FOR J. DOE, JOHN DOE,<br><br>    Defendant | Case No.: 2:20-cv-00787-APG-DJA<br><br>**Order Dismissing Case** |

On May 21, 2020, Magistrate Judge Albregts recommended that plaintiff Cary Peterson's application to proceed in forma pauperis be denied and that I set a deadline for him to pay the full $400 filing fee. ECF No. 5.  Peterson did not file objection.  I thus ordered Peterson to pay the full filing fee of $400 by July 22, 2020. ECF No. 7.  I advised Peterson that failure to pay the fee would result in this case being dismissed without prejudice.  Peterson did not pay the filing fee.

I THEREFORE ORDER that plaintiff Cary Lee Peterson's complaint (ECF No. 1-1) is DISMISSED without prejudice.  The clerk of court is instructed to close this case.

DATED this 29th day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE